COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-19-00182-CV |
| Trial Court Cause Number: | CV29534 |
| Style: | John E. Deloach, Individually, John E. Deloach as General Partner of John E. Deloach Family Limited Partnership, and John E. Deloach Family Limited Partnership |
| | v. Stephen Stelly |
| Date motion filed*: | August 24, 2022 |
| Type of motion: | Motion for extension of time |
| Party filing motion: | Appellants |
| Document to be filed: | Supplemental brief |

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | August 29, 2022 |
| Number of previous extensions granted: | 0 |
| Date Requested: | September 19, 2022 |

Ordered that motion is:

☒ Granted

　　If document is to be filed, document due: September 19, 2022

　　☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: The appellee's supplemental brief is due 21 days after the appellants' supplemental brief is filed.

Judge's signature: /s/ Peter Kelly
　　　　　　　　　☒ Acting individually　　☐ Acting for the Court

Date: August 30, 2022